IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS HUTCHINS, ) | |
| AIS #254969, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-324-WHA |
| ) | |
| WALTER MYERS, et al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 20, 2016, the Magistrate Judge entered a Recommendation (Doc. No. 6) addressing a Motion for Preliminary Injunction filed by the plaintiff (Doc. No. 1 at 6). No timely objections to the Recommendation have been filed. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that the plaintiff's Motion for Preliminary Injunction is DENIED.

This civil action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 14th day of June, 2016.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE