IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS HUTCHINS, ) | |
| AIS #254969, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-324-WHA |
| ) | |
| WALTER MYERS, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On April 24, 2019, the Magistrate Judge entered a Recommendation (Doc. #33) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED.

3. Judgment is entered in favor of the defendants and against the plaintiff.

4. This case is DISMISSED with prejudice.

5. Costs of this proceeding are taxed against the plaintiff.

A separate Final Judgment will be entered in accordance with this order.

DONE this 17th day of May, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE